IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

    Plaintiff,

v.

THOMAS PEREZ and JEH CHARLES JOHNSON,

    Defendants.

No. C 16-mc-80221 WHA

**ORDER DENYING LEAVE TO FILE ACTION AGAINST DEPARTMENT OF LABOR AND DEPARTMENT OF HOMELAND SECURITY**

Plaintiff E.K. Wade has filed more than a dozen actions against the United States Department of Labor and its employees. Judge Charles Breyer has already declared Wade a vexatious litigant, and the undersigned judge ordered Wade to seek leave to file further complaints against the Department of Labor, *inter alia*. He now seeks to file a new lawsuit. The complaint he proposes to file is the very same complaint he has already filed in the Eastern District of California (indeed, the proposed complaint is marked as filed there), and it alleges the same implausible and frivolous theory of a conspiracy against him at the Office of Federal Contract Compliance Programs, where he was formerly employed, which has been the subject of his ongoing litigation campaign.

Pursuant to the pre-filing review order applicable to Wade, this order **DENIES** Wade's request to file a duplicate and frivolous action.

**IT IS SO ORDERED.**

Dated: May 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE